

FILED

09/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0187

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0187

IN RE THE MARRIAGE OF:

KENNETH MICHAEL SMITH,

  Petitioner and Appellant,

and

MELISSA SUE GRAHAM, f/k/a
MELISSA SUE SMITH,

  Respondent and Appellee.

FILED

SEP 2 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Kenneth Smith appeals a March 2020 order requiring him to participate in mediation of his parenting dispute with Melissa Graham. Smith filed a mediation request on January 28, 2020, and moved to rescind the request a month later. The Guardian ad Litem (GAL) opposed the rescission, and the District Court denied the request, ordering the parties to participate in mediation in good faith.

Upon review of Smith's current appeal, we determine that the appeal is not from a final judgment and is improperly before this Court. Smith cannot file appeals in the case until there is a final judgment that has determined all rights and claims in this underlying proceeding or an order otherwise appealable under the provisions of the Montana Rules of Appellate Procedure. M. R. App. P. 4(1), 6(1), 6(3). Smith does not appeal a final judgment, pursuant to M. R. App. P. 6(1), as the proceeding remains pending before the District Court.

IT IS THEREFORE ORDERED that this appeal is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Smith's Motion For: An Order to Further Evaluate the Respondent's Mental Health Status and Motion For: Entry of Default and to Set Aside Pending Request to Further Evaluate Respondent are DENIED as moot.

The Clerk of the Supreme Court is directed to close this case as of the date of this Order and to issue remittitur.

The Clerk also is directed to provide a copy of this Order to the appointed mediator, to the Honorable Michael F. McMahon, First Judicial District Court; to Angie Sparks, Clerk of District Court, Lewis and Clark County, under Cause No. BDR-2016-389; to Michael D. McLean, GAL for minor child; and to Melissa Sue Graham and Kenneth Michael Smith personally.

DATED this 22nd day of September, 2020.

Justices